```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

UNITED STATES OF AMERICA § §
VS. § CRIMINAL NO. 4:16-CR-265-Y §
SCOTT BRANDON TOSCH (1) §

**ORDER ACCEPTING
REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE
AND ADJUDGING DEFENDANT GUILTY**

After reviewing all relevant matters of record, including the Consent to Administration of Guilty Plea and Federal Rule of Criminal Procedure 11 Allocution by United States Magistrate Judge and the Report and Recommendation on Plea Before the United States Magistrate Judge, and no objections thereto having been filed within fourteen (14) days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge concludes that the report and recommendation of the magistrate judge on the plea of guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and defendant is hereby adjudged guilty. The sentence will be imposed in accordance with the Court's sentencing scheduling order.

SIGNED January 12, 2017.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE